UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NIEVES,

               Plaintiff,

    -against-

MARTHA JOHNSON,

              Defendant.

1:22-CV-1863 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued March 30, 2022, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to the pending action under docket number 1:22-CV-1858 (UA). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 30, 2022
          New York, New York

                                       /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                     Chief United States District Judge